158 A.3d 1226

**Ex. rel. Antonio BUNDY, Petitioner**

v.

**The COMMONWEALTH COURT OF PENNSYLVANIA, Respondent**

**No. 128 EM 2016**

Supreme Court of Pennsylvania.

September 30, 2016

## ORDER

PER CURIAM

**AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the "Action in Mandamus" is **DENIED**.